

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,567-01

### EX PARTE TRENDA KEMMERER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 0884941-A IN THE 174TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*. WALKER, J. dissented.

### O R D E R

Applicant was convicted of murder and sentenced to fifty-five years' imprisonment. The First Court of Appeals affirmed her conviction. *Kemmerer v. State*, 113 S.W.3d 513 (Tex. App.—Houston [1st Dist.] 2003). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant alleges that she is entitled to relief due to the change of an expert witness' opinion. TEX. CODE CRIM. PRO. Art. 11.073. The trial court found the change of opinion to be material and recommended granting relief. We disagree.

The expert who changed her opinion was only one of five experts who testified at trial. The

issue in question was litigated at trial and the existence of differing opinions within the scientific community was brought to the attention of the jury. Applicant does not show by a preponderance of the evidence that had this change of opinion been presented at trial, the applicant would not have been convicted of murder. TEX. Code CRIM. PRO. Art. 11.073.

Based on this Court's independent review of the entire record, we deny relief.

Filed: January 25, 2023
Do not publish